ABRAHAM ZUBRINSKY, Respondent, v. ABRAHAM R. SABIN, Appellant.

APPEAL by the defendant from a judgment rendered in favor of the plaintiff in the Municipal Court, fifth district, borough of Manhattan.

Louis H. Levin, for appellant.

L. G. & W. A. Goodhart, for respondent.

*Per Curiam.* The record containing no proof of the residence of the defendant, and the judgment having been assailed upon that ground, under the recent decisions of this court (Tyroler v. Gummersbach, 28 Misc. Rep. 151) the judgment must be reversed and a new trial ordered, with costs to the appellant to abide the event.

Present: FREEDMAN, P. J.; MACLEAN and LEVENTRITT, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.